Name: Melvin DeVan Daniel
Street Address: 347 E Flora St. #51
City and County: Stockton, San Joaquin
State and Zip Code: Ca. 95202
Telephone Number: 209-404-1314

FILED
JUL 29 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Melvin DeVan Daniel

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Robert Cleyborne, Jared Macias, Nathan Thalen, Travell Williams, Matthew Wright, Hector Alaniz, Joseph Blain, Robert Aitken, Shirley McFadden, Kevin Lincoln, City of Stockton [et al], Jerrim DeBoggio

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No: 2:22-CV-1350 KJM KJN PS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Melvin DeVan Daniel
   Street Address: 347 E Flora St. #51 Stockton, Ca 95202
   City and County: Stockton, San Joaquin
   State and Zip Code: California 95202
   Telephone Number: 209-

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Robert Cleyborne
   Job or Title (if known): PPL Police Officer
   Street Address: 22 E Market St Stockton Ca
   City and County: Stockton, San Joaquin
   State and Zip Code: California 95203
   Telephone Number: 209-937-8377

   Defendant No. 2

   Name: Jared Macias
   Job or Title (if known): Police Office
   Street Address: 22 E Market St. Stockton Ca
   City and County: Stockton, San Joaquin
   State and Zip Code: California 95203
   Telephone Number: 209 937 8377

2

Defendant No. 3

    Name  Nathan Tharlen
    Job or Title  Police Officer
    (if known)
    Street Address  22 E Market St, Stockton Ca 95203
    City and County  Stockton, San Joaquin
    State and Zip Code  California 95203
    Telephone Number  209 937 8327

Defendant No. 4

    Name  Travelle Williams
    Job or Title  Police Officer
    (if known)
    Street Address  22 E Market St. Stockton Ca. 95203
    City and County  Stockton, San Joaquin
    State and Zip Code  California 95203
    Telephone Number  209-937-8327

## II.  Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question                  ☐ Diversity of citizenship

3

Melvin DeVan Daniel
347 E. Flora St. #51
Stockton, Ca. 95202
209-409-1314
Pro-Se

Additional Defendants

Matthew Wright Officer
22 E Market St. Stockton, San Joaquin, California 95203
Hector Alaniz Sgt
22 E Market St Stockton, San Joaquin, California 95203
Joseph Blair
22 E Market St. Stockton, San Joaquin, Calif. 95203
Robert Aitken Officer
22 E Market St. Stockton, San Joaquin, Ca. 95203
Stanley McFadden Chief of Police Stockton
22 E Market St Stockton, San Joaquin Ca. 95203
Kevin Lincoln Stockton City Mayor
Jerimrah Skaggs
City of Stockton [et;al]

Melvin Deffan D.
Pro-Se
7/4/22

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourteenth Ameadment/Constitution as well as Sec 242 of the Title 18, Public Humilator Stockton Police Dept Employees Have Caused Me [Severe Emotional Distress] (Intentional, Wreckessly

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

42 US Code §1983 Civ Action, Inter. Infliction of Emotional Distress, Color of Law Violat

1. The Plaintiff(s)

    a. If the plaintiff is an individual

      The plaintiff, *(name)* Melvin DeVon Daniels is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) Cleyborne thru Lincoln and Skaggs is incorporated under the laws of the State of (name) Stockton Police Dept the mayor Lincolnis and has its principal place of business in the State of (name) Police H.Q. Stockton City Hall incorporated under the laws of (foreign nation) 22 E. Market St. Stockton Ca 95205. and has its principal place of

business in (name) ___

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant 1-3 on 5/22/22 willfully not do thier duty as I was subjeted to Hate Crime Battery. I am asking for $350,500.00 for Severe Emotional Distress, Public Humiliation and just the conduct of defendants and it's consequences on myself to this date. 7/14/2022

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Dear Courts this case is a bit confusing/Complexing, disturbing to me on 5/22/22 MBB I am permanently mobility impaired person was Assulted, Battered, Pushed and Yanked all around the store and outside by AM PM Employee as I tried to leave business. I called cops they came way later

Next page

5

Melvin DeVan Daniel
347 E Flora St. #51
Stockton, Ca, 95202
209-409-1314
Pro-Se

Melvin DeVan Daniel          Attach To
                             Statement of Claim
         vs
(Cleyborne, R(et; al))

I had told 911 when I first reported bei[ng] Assaulted and physically Battered that was very uncomfortable waiting at t[he] scense of Hate Crime and was goi[ng] to hospital, so I left the police w[ere] suppose to come by my Apt or call at least to talk about this crime (VIOLENT) which I was subjecte[d] but never did. I called the police about filing charges from 5/22/22 - and over that week in 10,000 phone ca[lls] to them in a distraught frame of m[ind] told them I wished a SPD Cit. Com[plaint] form from I/A, Proffess. Standard: since its no report on this crime perped against me in the week o[r] past so far... now I leave my Apt c[alled] home Landlord and neighbors saying why was 2 sgts and Swat at your [Apt] 5A    11:4Pm

Melvin DeVan Daniel
347 E Flora St #51
Stockton, Ca 95202
209-409-1314
Pro-Se

Melvin DeVan Daniel
vs
Cleyborne [et; al]

Attach To Claim Statement

door? I say oh no - no one was at my house I have Social Anxied Disorders badly. Surprised my Landlord them said something to me with that said. But I go to my door and it's 2 Cit. Comp. forms nailed ther

The Proffessional Standards should Have Mailed That To My Address. Not Sen Officers To Upset Me And To Public Humilia Me Like I Am Want By The Law. I Am N

5 to  [illegible signature]

Melvin DeVan Daniel
347 E. Flora St #51
Stockton, Ca 95202
209-409-2314
    Pro-Se       Claim.
               Statement Attach

after I left out of nervisnous and bleeding at face as well as being very dizzy and suffering body o Anyway 3 officers come so I'm told by dispatch on or about 6/2 so I do not know which of the 3 wa in charge of said assualt/Bat, Hat against me, but they all choose a end of day to not properly assist a cit. of the U.S. who has these rights that you all say will be c ent, followed by all, moving ont defendant 4 thru 6 I say on 5/29/22 came to my Apt. leaving 2 Citizen Co attatached to my door, for the wor to see and know my Legal Bus. ag the law enforcement L P Public 

aswell as Grievance Procedure Protocol of how to obtain a form, No 3 high ranking police bring it to you Profiles Standard usually is to mail it to the complaintant.

         5a

Melvin DeMar Daniels
349 E Flora #515 St.
Stockton, Ca 95202
209-409-1314
Pro-Se

State Claim Attatch

defendents 7 and 8 come to my Apt. 6/21/22 as I trying to do my legal papers/research with respects the very dept. they work for and who is violating my civil rights as they are well aware of sir 5/22/2022 violation of my civil right by thier comrades... so they come to my door saying "a I alright"- got so mad, cause I wanted no knocking on my door as I was doing some serious things as me above... anyway I curse them, 30 min. they leave and was standing by exit and Blair said to Aitk we are going to have to figure o thing different a neighbor told me she heard them as she wer right by speaking to them about no getting any mail officer saying no is good news in convesatoan... she will testify she says... so they are here to harrass, disturb, provok anger, irritate and send me into

5b                              7/24/22

Melvin ReLandonnel
347 E Flora St #51
Stockton Ca. 95202
209-404-2314
Pro Se

Claim of Statement
Attach

Let's say mental health episode with no thought given to the original reason I'd been contacting the police dept since 7:00 A.M on 5 after a HateCrime, Assualt Physical and Battery was done to me. Yes now they want to come by my Apt. to arrest, 5150 me or is it to harrass and abuse their po as Gov. Employees at SPD's Headq under control of Stanley McFadde The Cief of Police there!

Moving on that's where he and City M Kevin Lincoln who both are, hav e been made aware of this Misconda and my complaint faxed the Chief's Office on 6/15/22 making them resp nsible as they could have and sti can intervine. Instead of keep sending police and mental healt to my Apt. ... I'm not gonna no file my complaint. So stop coming here trying to discarage me.

5 C

ca

Statement of Claim
Attatch

now we got a mr. Skaggs threatening my life on 7/7/22 at 5:35 p.m. being and officer of the law, saying to me one with a civil action against his place of employ. yes he say to me as I pass him in parking stating to he and his partner I have a complaint filed on all y'all. Here his Threat he said leave or it's gonna be a $5m problem... what ex did he mean. Someone said to me on 2/13/94 leave Melvin or it's gonna be a problem, J. said to him, pay my mo he drew a weapon and shot me right Leg. I got permanent nerve damage to this day every step is extremly painful. So I take the statement very personal and more serious he (Skaggs) does have free access to firearms, and can easily hurt me and write that he was 5150. Is that what I'm to let's say Surmize from all this

*[signature]*

5d

Melvin DeVon Dawsonel
347 E Flora St #51
Stockton, Ca 95202
209-409-1314
Pro Se


Melvin DeVa Dawsonel

vs                                    Claim Statement
Clayborne [et al]                     Attch

I was very irritated, anxious, depressed, sad and feeling ashamed. I only wanted to receive a call day it happened 5/22/22 to report phone... then after I wanted to file my complaint and proceed to the Federal Courts, as I know just how SPD and City of Stockton would conduct themselves towards it's all right out there for every to see, I do have witnesses and the police have been coming by my Apt. as the claim states 5/2 they were here to give me the complaint forms then they up and say they can by to take an assualt report. Wh an Assuealt, Battery, Hate Crime, it a whole week to get through to Pol I'd been beat on and sure as hec

BP                                DDawsn 6/54

Melvin DeVan Daniel
347 E Flora St #51
Stockton, Ca 95202
209-409-1314
Pro-Se


Melvin DeVan Daniel

VS                                          Claim Statement
                                            Attach
Cley barnet [et; al]
wanted to press charges and only
after me calling SPD about 5,000 t
the week of 5/22/22 - 5/29/22 did
all this happen on the polices pa

I Hope You All At The U.S. D
can help me see why did St
do me this way and is it rea
or on record of this type of b
say conduct/misconduct being
issue at SPD.

McFadden said on New That Matter
that he'd put money into youth programs
he was sworn in. But hear the nex
promise he made on Natonal TV
He Stated That He Would Comb
The Violent Crimes of SPe
OR Stockton - SF          7/14/22

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The precise relief (monetary) is $350,500.00 as well as an apology from city of Stockton Or Whatever The Courts Orders is will be fine with me. I Trust The Courts

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/30/22, 2022

Signature of Plaintiff: Melvin DeVan Daniel
Printed Name of Plaintiff: Melvin DeVan Daniel

6

Melvin DeVan Daniel
347 E Flora St #51
Stockton, Ca. 95202
209-409-1314
Pro-Se

Melvin DeVan Daniel

vs

Robert Clayborne [et; al]   Correspondence,
Explanation To Court

Please bear with me your Honor, but I have no one, where else to go for help. Okay you have my complaint and a copy of the Cit. Complaint with SPD. Well the police and thier mental health team are coming by my apt. trying to say I'm 5150 yes on 7/20/22. I told them I'm pissed and aggitated with you all at SPD about this 5/22/22's crap, but I'm not 5150. I say the people sitting fire in mid of sidewalk... by DMV on Lincoln Street here in Stockton are 5150 [A DANGER] the next day 5150 person set fire near where I stated police mental health usually just keep going in vehicle as they pass by those people" yes even if they see them with fire burning... and may we in a heat wave, who is 5150 Mariposa/Midpines is way way on fire today and roaring on I'm just trying to figure, maybe I'll move
7/24/22 Melvin DeVan D.

Melvin DeVan Daniel (Pro-Se)
347 E Flora St. #51
Stockton, Ca
95202
209-409-1314

Demand For Jury Request

Melvin DeVan Daniel just explaining or writing to The Court asking for a Demand by jury trial in this civil matter brought against named defendant et;al.

The Seventh Constitution backs a Demand by jury in civil matter when the Relief being sought is greater than $20⁰⁰ and I am begging relief in the sum of $375,500⁰⁰ which is a fair amount as mental distress severe brought on by the conduct misconduct dealing with the Hate Crime I was victim to on 5/22/22 sorry it'll be explained in the Discovery Stage in detail where defendants reply answer to The Federal Judge.

Melvin DeVan Daniel
Pro-Se
7/4/22