UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DEVAN DANIEL, | No. 2:22–cv–1350–DJC–KJN PS |
| Plaintiff, | ORDER |
| v. | (ECF No. 23.) |
| ROBERT CLAYBORNE, | |
| Defendants. | |

    Plaintiff, who is proceeding without counsel in this action, requested leave to proceed without prepayment of the filing fee ("IFP") in late July of 2022.[1] (ECF No. 2.) The court granted plaintiff's request, screened the complaint pursuant to 28 U.S.C. § 1915, found it failed to state a claim, and granted plaintiff leave to amend. (ECF No. 3.) Plaintiff requested more time to file his amended complaint, which the court granted. (ECF Nos. 7-11.) On May 11, 2023 plaintiff amended his complaint (the "1AC") (ECF No. 14.) The undersigned found the complaint potentially stated a claim against defendant Clayborne and ordered service was proper for that defendant. (ECF No. 15.) Plaintiff was mailed the documents he needed so that he could provide the U.S. Marshal with the needed information so the Marshal could serve defendant Clayborne. This mailing was returned to the court as undeliverable on May 30. Plaintiff then

---

[1] Actions where a party proceeds without counsel are referred to a magistrate judge pursuant to E.D. Cal. L.R. 302(c)(21). See 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72.

1

1  updated his address on June 16, and the Clerk mailed the service documents to plaintiff at his new
2  address.  (ECF Nos. 19, 20.)  On July 24, plaintiff requested additional time, as he noted his time
3  to provide the service information to the Marshal has expired as he was in the process of updating
4  his address.  (ECF No. 21.)  The court granted plaintiff 30 days for plaintiff to provide the U.S.
5  Marshal with the required information.  (ECF No. 22.)

6        On August 14, 2023, plaintiff filed a document entitled "summons document explanations
7  delay request for power of subpoena."  Plaintiff states he wants court assistance in obtaining
8  documents from Stockton P.D.  He also states he cannot provide records dating back to 6/15/22,
9  but includes more recent documents the court sent him.  (ECF No. 23.)

10       To the extent plaintiff requests discovery from defendant Clayborne or any other entity,
11 plaintiff's request is denied.  The case is not ready for any exchange of documents, as plaintiff has
12 yet to provide the documents to the Marshal for service on defendant Clayborne.  To the extent
13 plaintiff is requesting the court's assistance in obtaining defendant Clayborne's address for
14 service, the court cannot assist plaintiff, as it cannot represent parties in the matter.  Plaintiff listed
15 defendant Clayborne's address in his first amended complaint, and he can refer to that
16 information.  To the extent plaintiff no longer has a copy of the first amended complaint, the clerk
17 of the court shall send him a copy.  Finally, plaintiff is advised that he cannot make parties aware
18 of this case simply by cc'ing their names at the bottom of a filing.  Proper service of process is
19 required to begin any action in this court.  See Fed. R. Civ. P. 4.

20       Accordingly, IT IS HEREBY ORDERED that:
21     1.    The clerk of the court shall send plaintiff a copy of his first amended complaint at
22         ECF No. 14 and a USM-285 form;
23     2.    Plaintiff is granted 30 days from the date of this order to provide the necessary
24         documents to the U.S. Marshal; and
25 ////
26 ////
27 ////
28 ////

3. Failure to follow this order may result in a dismissal of this action without prejudice under Federal Rule of Civil Procedure 4(m).

Dated: August 21, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

deva.1350