UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DEVAN DANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CLAYBORNE,<br><br>    Defendant. | No. 2:22–cv–1350–DJC–KJN PS<br><br>ORDER<br><br>(ECF Nos. 26, 28, 31, 32.) |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 3, 2024, the Magistrate Judge filed findings and recommendations (ECF No. 32), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 32) are ADOPTED IN FULL;
2. Defendant's motion to dismiss (ECF No. 26.) is GRANTED;
3. The action is DISMISSED WITH PREJUDICE;
4. Plaintiff's motion for discovery (ECF No. 28) and motion for extension of time (ECF No. 31) are DENIED as MOOT; and
5. The Clerk of Court be directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE